IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH ANTHONY SZOSTAK, III, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:25-cv-01187 |
| | ) Chief Judge William L. Campbell, Jr. |
| RUTHERFORD COUNTY ADULT DETENTION CENTER, et al., | ) |
| Defendants. | ) |

**ORDER**

Pending is Plaintiff's second Motion for Default Judgment as to Defendants. (Doc. No. 25). For the following reasons Plaintiff's Motion is **DENIED**.

Plaintiff filed this action on October 14, 2025. (Doc. No. 1). Plaintiff also filed an Application for Leave to Proceed *In Forma Pauperis* ("IFP Application"), (Doc. No. 2), which remains pending. Plaintiff filed a Motion for Entry of Default and Motion for Default Judgment on December 1, 2025, which the Clerk denied on December 4, 2025. (Doc. No. 23). Plaintiff filed the pending Motion for Default Judgment on December 9, 2025. (Doc. No. 25). As explained by the Clerk when denying Plaintiff's first motion, until the Court rules on the IFP Application, the Clerk's Office cannot issue summonses, and neither Plaintiff nor the U.S. Marshal Service can serve process upon the defendants. As a result, Plaintiff's Motion for Default Judgment (Doc. No. 25) is premature and **DENIED**.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court